# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARSHALL IRVIN WILLIAMS                                                    PLAINTIFF

v.                                      No: 3:19-cv-00095 KGB-PSH

CRAIGHEAD COUNTY DETENTION CENTER                                 DEFENDANT

## ORDER

Having reviewed Marshall Irvin Williams' amended complaint (Doc. No. 6) for screening purposes,[1] it appears that service is appropriate with respect to Williams' Eighth Amendment conditions-of-confinement claims against defendants Keith Bowers, Marty Boyd, and T. Raymond. The Clerk of the Court shall prepare summonses for the defendants, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 6) and summons on defendants without prepayment of fees and costs or security therefor. Service should be attempted through the Craighead County Sheriff's Office, 901 Willett Rd., Jonesboro, Arkansas 72401.[2]

IT IS SO ORDERED this 26th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If any of the Defendants are no longer County employees, the individual responding to service must file a **SEALED** Statement providing the unserved Defendant's last known private mailing address.