**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MARSHALL IRVIN WILLIAMS**
**ADC #133506**                                                                                  **PLAINTIFF**

**v.**                                          **Case No. 3:19-cv-00095-KGB-PSH**

**KEITH BOWERS,** *et al.*                                                                 **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Partial Recommendation filed by United States Magistrate Judge Patricia S. Harris (Dkt. No. 7). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Marshall Irvin Williams' claims against defendant Brown. The Court also dismisses without prejudice Mr. Williams' claims based on verbal remarks and racial bias for failure to state a claim upon which relief may be granted.

It is so ordered this 19th day of December, 2019.

Kristine G. Baker
United States District Judge