## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MARSHALL IRVIN WILLIAMS**
**ADC #133506**                                                        **PLAINTIFF**

**v.**                            **Case No. 3:19-cv-00095-KGB-PSH**

**KEITH BOWERS,** *et al.*                                             **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendation filed by United States

Magistrate Judge Patricia S. Harris (Dkt. No. 26). No objections have been filed, and the time to

file objections has passed. After careful consideration, the Court concludes that the Proposed

Findings and Recommendation should be, and hereby are, approved and adopted in their entirety

as this Court's findings in all respects (*Id.*). The Court therefore grants defendants' motion for

summary judgment (Dkt. No. 22). Mr. Williams' claims are dismissed without prejudice.

It is so ordered this 19th day of December, 2019.

Kristine G. Baker
United States District Judge