IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARSHALL IRVIN WILLIAMS**
**ADC #133506**                                                                                    **PLAINTIFF**

**v.**                              **Case No. 3:19-cv-00095-KGB-PSH**

**KEITH BOWERS,** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Marshall Irvin Williams' complaint is dismissed without prejudice.

It is so adjudged this 19th day of December, 2019.

_____
Kristine G. Baker
United States District Judge